APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: FRANCES ENDENCIA
(Please print)

home STREET ADDRESS: 222 BURNSIDE CIRCLE

CITY/STATE/ZIP: BARTLETT IL 60103

PHONE NUMBER: 630 823 8176

CASE NUMBER: 08 CV 4541
2008 L 000221

_____    8/17/2008
Signature                    Date

frances_endencia@yahoo.com
mailing address:
PO Box 8149
Bartlett IL 60103
work no 773 375 2433

FILED
AUG 21 2008 TC
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT