IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCES ENDENCIA, | ) | |
| | ) | Case No. 08 CV 04541 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL REQUESTED |
| ADT SECURITY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Frances Endencia
     9333 S. Escanaba
     Chicago, Illinois 60617

On **Thursday, August 28, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Der-Yeghiayan** in **Room 1903** at 219 South Dearborn, Chicago Illinois, 60604, and then and there present **DEFENDANT'S, ADT SECURITY SERVICES, INC.'S, MOTION TO DISMISS**.

## PROOF OF SERVICE BY MAIL

I, Anthony R. Rutkowski, the attorney, certify that I served this notice by mailing a copy to the above listed attorney at the above listed address by depositing same in the U.S. Mail at 77 West Wacker Drive at or before 5:00 p.m. on August 22, 2008 with proper postage prepaid.

                            MacCabe & McGuire

                    By:     /s/ Anthony R. Rutkowski
                            Attorneys for Defendant
                            ADT Security Services, Inc.

Anthony R. Rutkowski
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, Illinois 60601
Phone: 312-357-2600
Facsimile: 312-357-0317
M:\LTBLUE\27-100\-119\Notice of motion 8 22 08.doc