FILED

AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Frances Endencia
Plaintiff

vs.                                        Case No: 1:08-cv-04541
                                           Hon Samuel Der-Yeghiayan

ADT
Defendant


## Motion to Stipulate

1. (a) Case No 200501942 with the State of Illinois, Department of Professional
Regulation came about from a complaint made by Streamwood Police Department.

  (b) My business was The Pampered Pet Veterinary Service, located at 140 N
Barrington Road Suite No 4, Streamwood IL 60107.

  ( c) Village of Streamwood Ordinance 907.14.14 and Ordinance 510.2 Security Key Box
Required business owners/building owners to provide keys to be able to gain access to all
portions of the building.

  (d) Since 1993 keys were provided to the Fire Department by Stacy & Casey Dukala,
who owns Daisy Flowers in the same strip mall.

2 (a) On June 8, 2001, I contracted ADT to provide security services, and duly provided
security service.

  (b) On various occasions, break ins, thefts (primarily veterinary products) and
vandalism occurred, despite numerous occasions of changing high security locks.

 3. (a) ADT was the primary security service company from 2001 till 2006. During the
thefts and vandalism that occurred, the security system never went off.

  (b) I purchased a video surveillance system from ADT. My sales representative, Joe
Dooley was a Streamwood Police Officer. He admitted that most of the employees that
work for ADT work for the police and fire department.

4 (a) On March 13, 2005, my facility was vandalized. The vandals smeared blood in
front room and possibly killed a dog and left a piece of black cloth in the cage. I
contacted the Streamwood Police Department and they dismissed the case as no crime

occurred because there was no forced entry to the premises. ADT was contacted and they showed that the security system was not disarmed after I left the premises the day before. See Exhibit A - ADT Monitoring Service Report. Despite the fact that Streamwood Police Department dismissed the case as not a crime, (see Exhibit B) they filed a complaint with the Illinois Department of Professional Regulations

(b) Another incident occurred on March 29, 2005. A lot of blood was drawn from a patient that was recovering from surgery and smeared blood in the middle layer of his bedding.

(c ) I discovered theft of Rabies vaccine (only veterinarians can use this vaccine) later on during the week. See Exhibit C

5. During all the above events, the security system never went off.

6. Due to constant issues encountered from lack of security, I lost my business and interest therein.

7. I was subject to psychiatric evaluation as ordered by the State of Illinois Department of Professional Regulation. I was questioned about the events that occurred. I answered their questions. The staff of Dr Stafford Henry of Rush Medical Center turned an event into a medical diagnosis. They found no drugs or lesions on me. I am being maliciously prosecuted without proof that lead to an order of suspension of license.

8. (a) I requested for Discovery Proceedings, case no 2008L000221, under supervision of Judge Larson. Initially, I filed for requests for discovery for the following suspects:

(1) Dr John Coyne and Dr Joel Prince, seller of the business when I purchased it on September 1999. There was accounting fraud in which they claimed the business generated at least $500,000 a year. When I got in, the business generated less than one half. I won by default Case No 03 L 5915 Dr Coyne lost at about $95,000 and Dr Joel Prince lost about $385,000. (EXHIBIT D)
(2) Village of Streamwood. They were the only ones that had the keys to the premises during the vandalism event in March 2005.
(3) Fred Mazur, his wife is a Streamwood Police Department Parole Officer. During his employment, he was the only key holder. He returned the keys upon receipt of his final paycheck. Fred informed me he was "reporting" me, but did not give further details.
(4) Rachel Johnson, admitted putting the black cloth in the cage on March 13, 2005 incident.
(6) ADT for negligence in contacting me during the break ins.

(b ) I was ordered by Judge Larson to write an Amended Complaint.  Status report was set for August 27, 2008.  The case got transferred to this court.

_____          _____

Frances Endencia , Pro Sec Plaintiff          Anthony Rutkowski, ADT  Counsel

SEND INQUIRIES TO:
ADT SECURITY SERVICES INC

BURR RIDGE, IL 60521-

CMC: 800-662-5378

PAMPERED PET VETERINARY SVCS
140 N BARRINGTON RD STE #4

STREAMWOOD, IL 60107

MAILING ADDRESS:

PAMPERED PET VETERINARY SVCS
140 N BARRINGTON RD STE #4

STREAMWOOD, IL 60107

IF YOU HAVE ANY OTHER PROTECTION NEEDS, PLEASE CONTACT YOUR LOCAL
SALES OFFICE AT THE NUMBER ABOVE.

03/24/05                    FROM 10/02/04 THRU 03/23/05                    PAGE    1

CS# N011854536                    ALT ID#
TIME.  ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

| TIME | SCHEDULED | ZN/OP | ACTIVITY | AUTHORIZED PERSON | SUB.ACCOUNT |
|---|---|---|---|---|---|
| 10/02 SATURDAY | | | | | |
| 08:37 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 15:21 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 16:29 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 16:56 | | C6 | CL-CLOSE-LOG ONLY | R401 | U6 |
| | | | | | |
| 10/04 MONDAY | | | | | |
| 07:59 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 20:04 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 10/05 TUESDAY | | | | | |
| 09:04 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 20:46 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 10/06 WEDNESDAY | | | | | |
| 08:36 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 20:36 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 10/07 THURSDAY | | | | | |
| 08:04 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 19:07 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 10/08 FRIDAY | | | | | |
| 07:53 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 17:58 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 10/09 SATURDAY | | | | | |
| 07:52 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 16:16 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 21:06 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |

EXHIBIT A

03/24/05              FROM 10/02/04 THRU 03/23/05              PAGE  2

CS# N011654536              ALT ID#

TIME.  ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

10/09 SATURDAY
21:12              C2    CL-CLOSE-LOG ONLY    R401 U2

10/10 SUNDAY
07:31              O6    OP-OPEN-LOG ONLY     E401 U6
08:12              C2    CL-CLOSE-LOG ONLY    R401 U2
08:14              O2    OP-OPEN-LOG ONLY     E401 U2
08:14              C2    CL-CLOSE-LOG ONLY    R401 U2
16:46              O2    OP-OPEN-LOG ONLY     E401 U2
16:58              C2    CL-CLOSE-LOG ONLY    R401 U2

10/11 MONDAY
08:36              O2    OP-OPEN-LOG ONLY     E401 U2
20:31              C2    CL-CLOSE-LOG ONLY    R401 U2

10/12 TUESDAY
08:12              O6    OP-OPEN-LOG ONLY     E401 U6
20:36              C2    CL-CLOSE-LOG ONLY    R401 U2

10/13 WEDNESDAY
07:57              O6    OP-OPEN-LOG ONLY     E401 U6
20:01              C6    CL-CLOSE-LOG ONLY    R401 U6

10/14 THURSDAY
08:11              O6    OP-OPEN-LOG ONLY     E401 U6
20:28              C2    CL-CLOSE-LOG ONLY    R401 U2

10/15 FRIDAY
09:05              O2    OP-OPEN-LOG ONLY     E401 U2
18:55              C2    CL-CLOSE-LOG ONLY    R401 U2

10/16 SATURDAY
08:00              O6    OP-OPEN-LOG ONLY     E401 U6
17:01              C2    CL-CLOSE-LOG ONLY    R401 U2

10/17 SUNDAY
10:44              O5    OP-OPEN-LOG ONLY     E401 U5
11:26              C5    CL-CLOSE-LOG ONLY    R401 U5
17:00              O5    OP-OPEN-LOG ONLY     E401 U5
17:32              C5    CL-CLOSE-LOG ONLY    R401 U5
18:14              O2    OP-OPEN-LOG ONLY     E401 U2
19:10              C2    CL-CLOSE-LOG ONLY    R401 U2

10/18 MONDAY
07:52              O6    OP-OPEN-LOG ONLY     E401 U6
20:41              C2    CL-CLOSE-LOG ONLY    R401 U2

10/19 TUESDAY
07:54              O6    OP-OPEN-LOG ONLY     E401 U6
20:41              C2    CL-CLOSE-LOG ONLY    R401 U2

10/20 WEDNESDAY
07:56              O6    OP-OPEN-LOG ONLY     E401 U6

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE    3

CS# N011854536                  ALT ID#

TIME.  ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

10/20 WEDNESDAY
20:17                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/21 THURSDAY
08:01                 O6    OP-OPEN-LOG ONLY       E401 U6
20:08                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/22 FRIDAY
08:27                 O5    OP-OPEN-LOG ONLY       E401 U5
18:43                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/23 SATURDAY
08:14                 O6    OP-OPEN-LOG ONLY       E401 U6
16:51                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/24 SUNDAY
08:34                 O6    OP-OPEN-LOG ONLY       E401 U6
09:15                 C6    CL-CLOSE-LOG ONLY      R401 U6
16:32                 O6    OP-OPEN-LOG ONLY       E401 U6
17:18                 C6    CL-CLOSE-LOG ONLY      R401 U6

10/25 MONDAY
07:53                 O6    OP-OPEN-LOG ONLY       E401 U6
20:02                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/26 TUESDAY
07:53                 O6    OP-OPEN-LOG ONLY       E401 U6
20:51                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/27 WEDNESDAY
07:55                 O6    OP-OPEN-LOG ONLY       E401 U6
19:58                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/28 THURSDAY
07:55                 O6    OP-OPEN-LOG ONLY       E401 U6
20:10                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/29 FRIDAY
08:32                 O5    OP-OPEN-LOG ONLY       E401 U5
18:09                 C5    CL-CLOSE-LOG ONLY      R401 U5

10/30 SATURDAY
08:00                 O6    OP-OPEN-LOG ONLY       E401 U6
16:18                 C2    CL-CLOSE-LOG ONLY      R401 U2
19:29                 O2    OP-OPEN-LOG ONLY       E401 U2
19:31                 C2    CL-CLOSE-LOG ONLY      R401 U2

10/31 SUNDAY
09:57                 O5    OP-OPEN-LOG ONLY       E401 U5
10:26                 C5    CL-CLOSE-LOG ONLY      R401 U5
18:02                 O5    OP-OPEN-LOG ONLY       E401 U5
18:23                 C5    CL-CLOSE-LOG ONLY      R401 U5

```
03/24/05                    FROM 10/02/04 THRU 03/23/05                    PAGE   4

CS# N011854536                     ALT ID#

TIME.   ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT


11/01 MONDAY
07:50                      O6    OP-OPEN-LOG ONLY     E401 U6
20:07                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/02 TUESDAY
07:53                      O6    OP-OPEN-LOG ONLY     E401 U6
20:15                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/03 WEDNESDAY
07:55                      O6    OP-OPEN-LOG ONLY     E401 U6
20:29                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/04 THURSDAY
07:51                      O6    OP-OPEN-LOG ONLY     E401 U6
19:57                      C5    CL-CLOSE-LOG ONLY    R401 U5


11/05 FRIDAY
08:30                      O5    OP-OPEN-LOG ONLY     E401 U5
18:09                      C2    CL-CLOSE-LOG ONLY    R401 U2
18:10                      O2    OP-OPEN-LOG ONLY     E401 U2
18:26                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/06 SATURDAY
07:57                      O6    OP-OPEN-LOG ONLY     E401 U6
16:20                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/07 SUNDAY
07:29                      O2    OP-OPEN-LOG ONLY     E401 U2
08:31                      C6    CL-CLOSE-LOG ONLY    R401 U6
15:30                      O5    OP-OPEN-LOG ONLY     E401 U5
15:32                      C5    CL-CLOSE-LOG ONLY    R401 U5
16:47                      O6    OP-OPEN-LOG ONLY     E401 U6
17:31                      C6    CL-CLOSE-LOG ONLY    R401 U6


11/08 MONDAY
07:52                      O6    OP-OPEN-LOG ONLY     E401 U6
20:37                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/09 TUESDAY
07:43                      O6    OP-OPEN-LOG ONLY     E401 U6
20:27                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/10 WEDNESDAY
07:53                      O6    OP-OPEN-LOG ONLY     E401 U6
20:03                      C6    CL-CLOSE-LOG ONLY    R401 U6


11/11 THURSDAY
07:35                      O6    OP-OPEN-LOG ONLY     E401 U6
20:03                      C2    CL-CLOSE-LOG ONLY    R401 U2


11/12 FRIDAY
08:25                      O2    OP-OPEN-LOG ONLY     E401 U2
```

03/24/05                  FROM 10/02/04 THRU 03/23/05                        PAGE   5

CS# N011854536                        ALT ID#

TIME.    ..SCHEDULED...  ZN/OP  .....ACTIVITY......  AUTHORIZED PERSON. SUB.ACCOUNT

11/12 FRIDAY
18:13                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/13 SATURDAY
08:01                      06    OP-OPEN-LOG ONLY     E401 U6
16:27                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/14 SUNDAY
07:47                      02    OP-OPEN-LOG ONLY     E401 U2
09:12                      C2    CL-CLOSE-LOG ONLY    R401 U2
15:53                      02    OP-OPEN-LOG ONLY     E401 U2
16:16                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/15 MONDAY
07:46                      06    OP-OPEN-LOG ONLY     E401 U6
20:32                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/16 TUESDAY
07:50                      06    OP-OPEN-LOG ONLY     E401 U6
20:03                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/17 WEDNESDAY
07:52                      06    OP-OPEN-LOG ONLY     E401 U6
20:09                      C6    CL-CLOSE-LOG ONLY    R401 U6

11/18 THURSDAY
07:51                      06    OP-OPEN-LOG ONLY     E401 U6
20:03                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/19 FRIDAY
08:34                      02    OP-OPEN-LOG ONLY     E401 U2
18:27                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/20 SATURDAY
07:47                      06    OP-OPEN-LOG ONLY     E401 U6
17:00                      C6    CL-CLOSE-LOG ONLY    R401 U6

11/21 SUNDAY
07:50                      06    OP-OPEN-LOG ONLY     E401 U6
09:17                      C6    CL-CLOSE-LOG ONLY    R401 U6
16:28                      06    OP-OPEN-LOG ONLY     E401 U6
17:14                      C6    CL-CLOSE-LOG ONLY    R401 U6
20:22                      02    OP-OPEN-LOG ONLY     E401 U2
21:13                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/22 MONDAY
07:25                      06    OP-OPEN-LOG ONLY     E401 U6
20:10                      C2    CL-CLOSE-LOG ONLY    R401 U2

11/23 TUESDAY
07:46                      06    OP-OPEN-LOG ONLY     E401 U6
20:43                      C2    CL-CLOSE-LOG ONLY    R401 U2

Case 1:08-cv-04541   Document 9   Filed 08/25/2008   Page 9 of 25

03/24/05                     FROM 10/02/04 THRU 03/23/05                     PAGE   6

CS# N011854536                    ALT ID#

TIME.    ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

**11/24 WEDNESDAY**
07:36                    O6    OP-OPEN-LOG ONLY     E401 U6
20:17                    C2    CL-CLOSE-LOG ONLY    R401 U2
20:17                    O2    OP-OPEN-LOG ONLY     E401 U2
20:18                    C2    CL-CLOSE-LOG ONLY    R401 U2

**11/25 THURSDAY**
07:46                    O6    OP-OPEN-LOG ONLY     E401 U6
09:14                    C6    CL-CLOSE-LOG ONLY    R401 U6
16:16                    O6    OP-OPEN-LOG ONLY     E401 U6
17:25                    C6    CL-CLOSE-LOG ONLY    R401 U6

**11/26 FRIDAY**
08:26                    O2    OP-OPEN-LOG ONLY     E401 U2
18:16                    C2    CL-CLOSE-LOG ONLY    R401 U2

**11/27 SATURDAY**
07:39                    O6    OP-OPEN-LOG ONLY     E401 U6
16:39                    C2    CL-CLOSE-LOG ONLY    R401 U2

**11/28 SUNDAY**
07:54                    O6    OP-OPEN-LOG ONLY     E401 U6
09:50                    C6    CL-CLOSE-LOG ONLY    R401 U6
16:27                    O6    OP-OPEN-LOG ONLY     E401 U6
17:55                    C6    CL-CLOSE-LOG ONLY    R401 U6

**11/29 MONDAY**
07:50                    O6    OP-OPEN-LOG ONLY     E401 U6
20:03                    C2    CL-CLOSE-LOG ONLY    R401 U2
20:26                    O2    OP-OPEN-LOG ONLY     E401 U2
20:28                    C2    CL-CLOSE-LOG ONLY    R401 U2

**11/30 TUESDAY**
07:48                    O6    OP-OPEN-LOG ONLY     E401 U6
20:12                    C2    CL-CLOSE-LOG ONLY    R401 U2

**12/01 WEDNESDAY**
07:49                    O6    OP-OPEN-LOG ONLY     E401 U6
20:34                    C2    CL-CLOSE-LOG ONLY    R401 U2

**12/02 THURSDAY**
07:52                    O6    OP-OPEN-LOG ONLY     E401 U6
20:18                    C2    CL-CLOSE-LOG ONLY    R401 U2
20:55                    O2    OP-OPEN-LOG ONLY     E401 U2
20:57                    C2    CL-CLOSE-LOG ONLY    R401 U2

**12/03 FRIDAY**
08:12                    O2    OP-OPEN-LOG ONLY     E401 U2
18:27                    C2    CL-CLOSE-LOG ONLY    R401 U2

**12/04 SATURDAY**
07:51                    O6    OP-OPEN-LOG ONLY     E401 U6

03/24/05                 FROM 10/02/04 THRU 03/23/05            PAGE   7

CS# N011854536                 ALT ID#

TIME.   ..SCHEDULED... IN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

**12/04 SATURDAY**
16:35              C6   CL-CLOSE-LOG ONLY    R401 U6

**12/05 SUNDAY**
08:32              O2   OP-OPEN-LOG ONLY     E401 U2
09:10              C2   CL-CLOSE-LOG ONLY    R401 U2
14:01              O2   OP-OPEN-LOG ONLY     R401 U2
14:20              C2   CL-CLOSE-LOG ONLY    R401 U2
18:04              O2   OP-OPEN-LOG ONLY     E401 U2
18:13              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/06 MONDAY**
07:49              O6   OP-OPEN-LOG ONLY     E401 U6
20:12              C2   CL-CLOSE-LOG ONLY    R401 U2
20:13              O2   OP-OPEN-LOG ONLY     E401 U2
20:14              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/07 TUESDAY**
08:35              O2   OP-OPEN-LOG ONLY     E401 U2
19:59              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/08 WEDNESDAY**
07:40              O6   OP-OPEN-LOG ONLY     E401 U6
19:57              C6   CL-CLOSE-LOG ONLY    R401 U6

**12/09 THURSDAY**
07:45              O6   OP-OPEN-LOG ONLY     E401 U6
20:02              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/10 FRIDAY**
08:29              O2   OP-OPEN-LOG ONLY     E401 U2
18:10              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/11 SATURDAY**
07:49              O6   OP-OPEN-LOG ONLY     E401 U6
16:51              C6   CL-CLOSE-LOG ONLY    R401 U6

**12/12 SUNDAY**
07:55              O6   OP-OPEN-LOG ONLY     E401 U6
08:57              C6   CL-CLOSE-LOG ONLY    R401 U6
16:40              O6   OP-OPEN-LOG ONLY     E401 U6
17:27              C6   CL-CLOSE-LOG ONLY    R401 U6

**12/13 MONDAY**
07:36              O6   OP-OPEN-LOG ONLY     E401 U6
20:15              C2   CL-CLOSE-LOG ONLY    R401 U2

**12/14 TUESDAY**
08:18              O2   OP-OPEN-LOG ONLY     E401 U2

**12/15 WEDNESDAY**
20:17              C2   CL-CLOSE-LOG ONLY    R401 U2

03/24/05                    FROM 10/02/04 THRU 03/23/05                    PAGE  8

CS# N011854536                    ALT ID#

TIME.    ..SCHEDULED...  ZN/OP  .....ACTIVITY......  AUTHORIZED PERSON. SUB.ACCOUNT

12/16 THURSDAY
07:34                    O6    OP-OPEN-LOG ONLY    E401 U6
19:54                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/17 FRIDAY
08:45                    O2    OP-OPEN-LOG ONLY    E401 U2
18:07                    C2    CL-CLOSE-LOG ONLY   R401 U2

12/18 SATURDAY
16:00                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/19 SUNDAY
08:20                    O6    OP-OPEN-LOG ONLY    E401 U6
09:12                    C6    CL-CLOSE-LOG ONLY   R401 U6
16:54                    O6    OP-OPEN-LOG ONLY    E401 U6
17:22                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/20 MONDAY
08:09                    O6    OP-OPEN-LOG ONLY    E401 U6
21:05                    C2    CL-CLOSE-LOG ONLY   R401 U2

12/21 TUESDAY
08:33                    O2    OP-OPEN-LOG ONLY    E401 U2
19:56                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/22 WEDNESDAY
07:41                    O6    OP-OPEN-LOG ONLY    E401 U6
20:16                    C2    CL-CLOSE-LOG ONLY   R401 U2

12/23 THURSDAY
08:43                    O2    OP-OPEN-LOG ONLY    E401 U2
20:31                    C2    CL-CLOSE-LOG ONLY   R401 U2

12/24 FRIDAY
07:36                    O6    OP-OPEN-LOG ONLY    E401 U6
13:21                    C2    CL-CLOSE-LOG ONLY   R401 U2
15:54                    O6    OP-OPEN-LOG ONLY    E401 U6
16:40                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/25 SATURDAY
08:03                    O6    OP-OPEN-LOG ONLY    E401 U6
08:48                    C6    CL-CLOSE-LOG ONLY   R401 U6
16:36                    O6    OP-OPEN-LOG ONLY    E401 U6
17:15                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/26 SUNDAY
08:09                    O6    OP-OPEN-LOG ONLY    E401 U6
10:03                    C6    CL-CLOSE-LOG ONLY   R401 U6
16:38                    O6    OP-OPEN-LOG ONLY    E401 U6
17:10                    C6    CL-CLOSE-LOG ONLY   R401 U6

12/27 MONDAY
07:34                    O6    OP-OPEN-LOG ONLY    E401 U6

Case 1:08-cv-04541    Document 9    Filed 08/25/2008    Page 12 of 25

03/24/05                    FROM 10/02/04 THRU 03/23/05                    PAGE   9

CS# N011654536                    ALT ID#

TIME.   ..SCHEDULED... IN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

12/27 MONDAY
20:10                   C6    CL-CLOSE-LOG ONLY    R401 U6

12/28 TUESDAY
08:31                   O2    OP-OPEN-LOG ONLY     E401 U2
20:11                   C2    CL-CLOSE-LOG ONLY    R401 U2

12/29 WEDNESDAY
07:51                   O6    OP-OPEN-LOG ONLY     E401 U6
19:55                   C6    CL-CLOSE-LOG ONLY    R401 U6

12/30 THURSDAY
07:34                   O6    OP-OPEN-LOG ONLY     E401 U6
20:02                   C2    CL-CLOSE-LOG ONLY    R401 U2

12/31 FRIDAY
08:30                   O2    OP-OPEN-LOG ONLY     E401 U2
17:54                   C2    CL-CLOSE-LOG ONLY    R401 U2

01/01 SATURDAY
08:04                   O6    OP-OPEN-LOG ONLY     E401 U6
09:05                   C6    CL-CLOSE-LOG ONLY    R401 U6
16:03                   O6    OP-OPEN-LOG ONLY     E401 U6
16:40                   C6    CL-CLOSE-LOG ONLY    R401 U6

01/02 SUNDAY
09:50                   O6    OP-OPEN-LOG ONLY     E401 U6
10:10                   C6    CL-CLOSE-LOG ONLY    R401 U6
16:38                   O6    OP-OPEN-LOG ONLY     E401 U6
17:13                   C6    CL-CLOSE-LOG ONLY    R401 U6

01/03 MONDAY
07:39                   O6    OP-OPEN-LOG ONLY     E401 U6
20:16                   C6    CL-CLOSE-LOG ONLY    R401 U6

01/04 TUESDAY
08:37                   O2    OP-OPEN-LOG ONLY     E401 U2
21:11                   C2    CL-CLOSE-LOG ONLY    R401 U2

01/05 WEDNESDAY
07:43                   O6    OP-OPEN-LOG ONLY     E401 U6
20:06                   C2    CL-CLOSE-LOG ONLY    R401 U2

01/06 THURSDAY
08:45                   O2    OP-OPEN-LOG ONLY     E401 U2
20:24                   C2    CL-CLOSE-LOG ONLY    R401 U2

01/07 FRIDAY
08:32                   O2    OP-OPEN-LOG ONLY     E401 U2
18:31                   C6    CL-CLOSE-LOG ONLY    R401 U6

01/08 SATURDAY
07:52                   O6    OP-OPEN-LOG ONLY     E401 U6

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE  10

CS# N011854536                     ALT ID#

TIME.   ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

**01/08 SATURDAY**
16:40                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/09 SUNDAY**
08:53                  O6    OP-OPEN-LOG ONLY     E401 U6
09:09                  C6    CL-CLOSE-LOG ONLY    R401 U6
15:49                  O6    OP-OPEN-LOG ONLY     E401 U6
16:04                  C6    CL-CLOSE-LOG ONLY    R401 U6

**01/10 MONDAY**
07:39                  O6    OP-OPEN-LOG ONLY     E401 U6
20:38                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/11 TUESDAY**
07:43                  O6    OP-OPEN-LOG ONLY     E401 U6
20:28                  C2    CL-CLOSE-LOG ONLY    R401 U2
20:28                  O2    OP-OPEN-LOG ONLY     E401 U2
20:38                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/12 WEDNESDAY**
07:41                  O6    OP-OPEN-LOG ONLY     E401 U6
20:59                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/13 THURSDAY**
08:32                  O2    OP-OPEN-LOG ONLY     E401 U2
20:43                  C2    CL-CLOSE-LOG ONLY    R401 U2
20:43                  O2    OP-OPEN-LOG ONLY     E401 U2
20:44                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/14 FRIDAY**
08:34                  O2    OP-OPEN-LOG ONLY     E401 U2
18:36                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/15 SATURDAY**
07:48                  O6    OP-OPEN-LOG ONLY     E401 U6
16:24                  C2    CL-CLOSE-LOG ONLY    R401 U2
16:25                  O2    OP-OPEN-LOG ONLY     E401 U2
16:26                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/16 SUNDAY**
08:28                  O6    OP-OPEN-LOG ONLY     E401 U6
08:40                  C6    CL-CLOSE-LOG ONLY    R401 U6
16:27                  O6    OP-OPEN-LOG ONLY     E401 U6
16:35                  C6    CL-CLOSE-LOG ONLY    R401 U6

**01/17 MONDAY**
07:47                  O6    OP-OPEN-LOG ONLY     E401 U6
20:44                  C2    CL-CLOSE-LOG ONLY    R401 U2

**01/18 TUESDAY**
08:26                  O2    OP-OPEN-LOG ONLY     E401 U2
20:37                  C2    CL-CLOSE-LOG ONLY    R401 U2

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE  11

CS# N011854536              ALT ID#

TIME.   ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

01/19 WEDNESDAY
08:51                  O2   OP-OPEN-LOG ONLY      E401 U2
20:13                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/20 THURSDAY
08:41                  O2   OP-OPEN-LOG ONLY      E401 U2
20:16                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/21 FRIDAY
08:27                  O2   OP-OPEN-LOG ONLY      E401 U2
18:06                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/22 SATURDAY
07:57                  O6   OP-OPEN-LOG ONLY      E401 U6
16:44                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/23 SUNDAY
08:15                  O6   OP-OPEN-LOG ONLY      E401 U6
08:29                  C6   CL-CLOSE-LOG ONLY      R401 U6
15:33                  O6   OP-OPEN-LOG ONLY      E401 U6
15:42                  C6   CL-CLOSE-LOG ONLY      R401 U6
17:25                  O2   OP-OPEN-LOG ONLY      E401 U2
17:29                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/24 MONDAY
07:46                  O6   OP-OPEN-LOG ONLY      E401 U6
20:13                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/25 TUESDAY
07:50                  O6   OP-OPEN-LOG ONLY      E401 U6
20:58                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/26 WEDNESDAY
07:39                  O6   OP-OPEN-LOG ONLY      E401 U6
19:55                  C6   CL-CLOSE-LOG ONLY      R401 U6

01/27 THURSDAY
07:47                  O6   OP-OPEN-LOG ONLY      E401 U6
19:58                  C6   CL-CLOSE-LOG ONLY      R401 U6

01/28 FRIDAY
08:26                  O2   OP-OPEN-LOG ONLY      E401 U2
18:40                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/29 SATURDAY
08:59                  O2   OP-OPEN-LOG ONLY      E401 U2
16:45                  C2   CL-CLOSE-LOG ONLY      R401 U2

01/30 SUNDAY
08:20                  O6   OP-OPEN-LOG ONLY      E401 U6
08:44                  C6   CL-CLOSE-LOG ONLY      R401 U6
16:16                  O6   OP-OPEN-LOG ONLY      E401 U6

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE 12

CS# N011854536                    ALT ID#

TIME.    ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

01/30 SUNDAY
16:38             C6    CL-CLOSE-LOG ONLY     R401 U6

01/31 MONDAY
08:28             O2    OP-OPEN-LOG ONLY      E401 U2
20:50             C2    CL-CLOSE-LOG ONLY     R401 U2

02/01 TUESDAY
08:24             O2    OP-OPEN-LOG ONLY      E401 U2
20:25             C2    CL-CLOSE-LOG ONLY     R401 U2

02/02 WEDNESDAY
07:32             O2    OP-OPEN-LOG ONLY      E401 U2
20:09             C2    CL-CLOSE-LOG ONLY     R401 U2

02/03 THURSDAY
07:38             O6    OP-OPEN-LOG ONLY      E401 U6
20:47             C2    CL-CLOSE-LOG ONLY     R401 U2

02/04 FRIDAY
08:26             O2    OP-OPEN-LOG ONLY      E401 U2
19:09             C2    CL-CLOSE-LOG ONLY     R401 U2

02/05 SATURDAY
07:55             O6    OP-OPEN-LOG ONLY      E401 U6
15:57             C6    CL-CLOSE-LOG ONLY     R401 U6

02/06 SUNDAY
08:37             O2    OP-OPEN-LOG ONLY      E401 U2
09:18             C2    CL-CLOSE-LOG ONLY     R401 U2
19:55             O2    OP-OPEN-LOG ONLY      E401 U2
20:03             C2    CL-CLOSE-LOG ONLY     R401 U2

02/07 MONDAY
07:33             O6    OP-OPEN-LOG ONLY      E401 U6
20:32             C2    CL-CLOSE-LOG ONLY     R401 U2

02/08 TUESDAY
07:36             O6    OP-OPEN-LOG ONLY      E401 U6
20:09             C2    CL-CLOSE-LOG ONLY     R401 U2

02/09 WEDNESDAY
07:44             O6    OP-OPEN-LOG ONLY      E401 U6
19:58             C6    CL-CLOSE-LOG ONLY     R401 U6

02/10 THURSDAY
07:36             O6    OP-OPEN-LOG ONLY      E401 U6
20:48             C2    CL-CLOSE-LOG ONLY     R401 U2
20:50             O2    OP-OPEN-LOG ONLY      E401 U2

02/11 FRIDAY
21:22             C2    CL-CLOSE-LOG ONLY     R401 U2

03/24/05                      FROM 10/02/04 THRU 03/23/05                    PAGE  12

CS# N011854536                       ALT ID#

TIME.   ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

01/30 SUNDAY
16:38              C6    CL-CLOSE-LOG ONLY        R401 U6

01/31 MONDAY
08:28              O2    OP-OPEN-LOG ONLY         E401 U2
20:50              C2    CL-CLOSE-LOG ONLY        R401 U2

02/01 TUESDAY
08:24              O2    OP-OPEN-LOG ONLY         E401 U2
20:25              C2    CL-CLOSE-LOG ONLY        R401 U2

02/02 WEDNESDAY
07:32              O2    OP-OPEN-LOG ONLY         E401 U2
20:09              C2    CL-CLOSE-LOG ONLY        R401 U2

02/03 THURSDAY
07:38              O6    OP-OPEN-LOG ONLY         E401 U6
20:47              C2    CL-CLOSE-LOG ONLY        R401 U2

02/04 FRIDAY
08:26              O2    OP-OPEN-LOG ONLY         E401 U2
19:09              C2    CL-CLOSE-LOG ONLY        R401 U2

02/05 SATURDAY
07:55              O6    OP-OPEN-LOG ONLY         E401 U6
15:57              C6    CL-CLOSE-LOG ONLY        R401 U6

02/06 SUNDAY
08:37              O2    OP-OPEN-LOG ONLY         E401 U2
09:18              C2    CL-CLOSE-LOG ONLY        R401 U2
19:55              O2    OP-OPEN-LOG ONLY         E401 U2
20:03              C2    CL-CLOSE-LOG ONLY        R401 U2

02/07 MONDAY
07:33              O6    OP-OPEN-LOG ONLY         E401 U6
20:32              C2    CL-CLOSE-LOG ONLY        R401 U2

02/08 TUESDAY
07:36              O6    OP-OPEN-LOG ONLY         E401 U6
20:09              C2    CL-CLOSE-LOG ONLY        R401 U2

02/09 WEDNESDAY
07:44              O6    OP-OPEN-LOG ONLY         E401 U6
19:58              C6    CL-CLOSE-LOG ONLY        R401 U6

02/10 THURSDAY
07:36              O6    OP-OPEN-LOG ONLY         E401 U6
20:48              C2    CL-CLOSE-LOG ONLY        R401 U2
20:50              O2    OP-OPEN-LOG ONLY         E401 U2

02/11 FRIDAY
21:22              C2    CL-CLOSE-LOG ONLY        R401 U2

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE 13

CS# N011854536                    ALT ID#

TIME.    ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

| | | | | | |
|---|---|---|---|---|---|
| 02/12 SATURDAY | | | | | |
| 07:07 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 17:10 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/13 SUNDAY | | | | | |
| 07:54 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 07:55 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 08:38 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 08:57 | | C6 | CL-CLOSE-LOG ONLY | R401 | U6 |
| 16:38 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 17:14 | | C6 | CL-CLOSE-LOG ONLY | R401 | U6 |
| | | | | | |
| 02/14 MONDAY | | | | | |
| 07:40 | | O6 | OP-OPEN-LOG ONLY | E401 | U6 |
| 19:11 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 19:11 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/15 TUESDAY | | | | | |
| 08:11 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 19:56 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/16 WEDNESDAY | | | | | |
| 08:18 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 20:18 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/17 THURSDAY | | | | | |
| 08:21 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 20:50 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/18 FRIDAY | | | | | |
| 08:24 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| | | | | | |
| 02/19 SATURDAY | | | | | |
| 16:53 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 17:08 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 17:09 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 17:09 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 17:10 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/20 SUNDAY | | | | | |
| 09:05 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 09:51 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 09:51 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 09:52 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| 18:47 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 19:01 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/21 MONDAY | | | | | |
| 08:24 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |
| 21:03 | | C2 | CL-CLOSE-LOG ONLY | R401 | U2 |
| | | | | | |
| 02/22 TUESDAY | | | | | |
| 07:53 | | O2 | OP-OPEN-LOG ONLY | E401 | U2 |

03/24/05                 **FROM 10/02/04 THRU 03/23/05**                    **PAGE  14**

CS# N011854536                 ALT ID#

TIME.    ..SCHEDULED...  IN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

**02/22 TUESDAY**
20:32              C2    CL-CLOSE-LOG ONLY    R401 U2

**02/23 WEDNESDAY**
08:36              O2    OP-OPEN-LOG ONLY     E401 U2
20:15              C2    CL-CLOSE-LOG ONLY    R401 U2

**02/24 THURSDAY**
08:24              O2    OP-OPEN-LOG ONLY     E401 U2

**02/25 FRIDAY**
19:43              C2    CL-CLOSE-LOG ONLY    R401 U2
19:43              O2    OP-OPEN-LOG ONLY     E401 U2
19:44              C2    CL-CLOSE-LOG ONLY    R401 U2

**02/26 SATURDAY**
08:30              O2    OP-OPEN-LOG ONLY     E401 U2
16:10              C2    CL-CLOSE-LOG ONLY    R401 U2

**02/27 SUNDAY**
08:10              O6    OP-OPEN-LOG ONLY     E401 U6
08:36              C6    CL-CLOSE-LOG ONLY    R401 U6
16:25              O6    OP-OPEN-LOG ONLY     E401 U6
16:43              C6    CL-CLOSE-LOG ONLY    R401 U6

**02/28 MONDAY**
08:16              O6    OP-OPEN-LOG ONLY     E401 U6

**03/01 TUESDAY**
20:53              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/02 WEDNESDAY**
08:23              O2    OP-OPEN-LOG ONLY     E401 U2
20:39              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/03 THURSDAY**
08:28              O2    OP-OPEN-LOG ONLY     E401 U2
20:18              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/04 FRIDAY**
08:18              O2    OP-OPEN-LOG ONLY     E401 U2
19:40              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/05 SATURDAY**
08:41              O2    OP-OPEN-LOG ONLY     E401 U2
16:06              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/06 SUNDAY**
08:55              O2    OP-OPEN-LOG ONLY     E401 U2
15:34              C2    CL-CLOSE-LOG ONLY    R401 U2

**03/07 MONDAY**
08:18              O2    OP-OPEN-LOG ONLY     E401 U2

03/24/05                    FROM 10/02/04 THRU 03/23/05              PAGE  15

CS# N011654536                    ALT ID#

TIME.    ..SCHEDULED... EN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

03/07 MONDAY
20:22                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/08 TUESDAY
08:16                         O2    OP-OPEN-LOG ONLY       E401 U2
20:10                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/09 WEDNESDAY
08:33                         O2    OP-OPEN-LOG ONLY       E401 U2
20:19                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/10 THURSDAY
08:25                         O2    OP-OPEN-LOG ONLY       E401 U2
20:34                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/11 FRIDAY
08:26                         O2    OP-OPEN-LOG ONLY       E401 U2
18:46                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/12 SATURDAY
08:39                         O2    OP-OPEN-LOG ONLY       E401 U2
16:51                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/13 SUNDAY
08:13                         O2    OP-OPEN-LOG ONLY       E401 U2

03/16 WEDNESDAY
12:32                         C2    CL-CLOSE-LOG ONLY      R401 U2
12:33                         O2    OP-OPEN-LOG ONLY       E401 U2
20:13                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/17 THURSDAY
08:30                         O2    OP-OPEN-LOG ONLY       E401 U2
20:09                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/18 FRIDAY
08:35                         O2    OP-OPEN-LOG ONLY       E401 U2
18:58                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/19 SATURDAY
08:41                         O2    OP-OPEN-LOG ONLY       E401 U2
16:26                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/20 SUNDAY
07:51                         O2    OP-OPEN-LOG ONLY       E401 U2
08:43                         C2    CL-CLOSE-LOG ONLY      R401 U2
16:51                         O2    OP-OPEN-LOG ONLY       E401 U2
17:54                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/21 MONDAY
08:22                         O2    OP-OPEN-LOG ONLY       E401 U2
20:17                         C2    CL-CLOSE-LOG ONLY      R401 U2

03/24/05                    FROM 10/02/04 THRU 03/23/05            PAGE  16

CS# N011854536                    ALT ID#

TIME.  ..SCHEDULED... ZN/OP .....ACTIVITY...... AUTHORIZED PERSON. SUB.ACCOUNT

03/22 TUESDAY
08:19                   O2    OP-OPEN-LOG ONLY      E401 U2
19:57                   C2    CL-CLOSE-LOG ONLY     R401 U2

03/23 WEDNESDAY
08:36                   O2    OP-OPEN-LOG ONLY      E401 U2
20:30                   C2    CL-CLOSE-LOG ONLY     R401 U2

**Report**    Color          Streamwood Police Department

Printed For: _____
Printed For: _____

Case No. 0503200
Report No. 0503200.3
Report Date: 3/13/2005 10:00:00 AM

**1**

Page 1 of 2

| | | | |
|---|---|---|---|
| **Subject:** | **7334 - PUBLIC COMPLAINT:SUSPICIOUS INCIDENT/CIRCUMSTANCES** | | |

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | A - Approved | Date Entered | 3/14/2005 12:03:13 AM | Reporting Officer | 52-7899-1 - Siedleski, Laura |
| | | Entered By | 52-7899-1 - Siedleski, Laura | | |
| Occurred On | 3/12/2005 4:59:00 PM | Date Verified | | | |
| (and Between) | 3/13/2005 8:00:00 AM | Verified By | | | |
| | | Date Approved | 3/14/2005 4:09:28 AM | | |
| Location | 140 N Barrington Rd | Approved By | 52-3500-1 - Haskins, Patrick | Assisted By | |
| Beat | 52-S3 - NORTH OF WOODLAND HEIGHTS BLVD EAST OF PARK BLVD | Connecting Cases | | | 52-6903-2 - Papay, David |
| Sub-Beat | | Disposition | Active | | |
| GEO3 | 52-01 | Clearance Reason | | | |
| GEO4 | 52-26 | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | Streamwood Police Department | | |
| Vehicle Traveling | | Division | | | |
| Cross Street | | Notified | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

Report Narrative

    On 13 March 2005 R/ET responded to 140-4 N Barrington Rd, a veterinary clinic, reference a suspicious incident. Upon arrival, R/ET observed the clinic was in a strip mall with businesses on both sides. The business faces East. Both the front and rear doors showed no signs of recent forced entry. R/ET was advised they had both secure upon complainant's arrival that morning. R/ET observed blood drops on the floor in the front lobby. It appeared the cat had gone under a couch and bled, then walked around the front office. There were drops of blood in the hallway leading to the kennel area. In the kennel room R/ET observed a wall of cages. In the cage closest to the hallway and on the bottom level was a dead bulldog. The door was secure and there was no blood in the cage. The dog appeared to have died while asleep. The cage above that one was where the cat had been secured. Inside the cage were a few drops of blood. On the cage floor was a white towel with a black piece of fabric on top of it. The fabric appeared to have been lain on by the cat. When R/ET collected the black fabric later, the white towel underneath was pink from blood. R/ET was later advised by the vet the cat had a seeping wound that would account for some of the fabric appearing damp and pinkish.

    R/ET observed the safe was in the same room and was open. The vet advised she had opened it that morning to verify no drugs were missing.

    R/ET photographed the scene and collected blood samples from the front lobby and the cat cage. The black cloth was also collected. The items were logged and secured into evidence.

## Offense Detail: 7334 - PUBLIC COMPLAINT:SUSPICIOUS INCIDENT/CIRCUMSTANCES

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 7334 - PUBLIC COMPLAINT:SUSPICIOUS INCIDENT/CIRCUMSTANCES | | | | |
| IBR Code | | Location | 09 - Drug Store/Doctors Office/Hospital | | |
| IBR Group | | Offense Completed? | No | No. Prem. Entered | |
| Crime Against | | Hate/Bias | 88 - None (No Bias) | Entry Method | |
| Using | | Domestic Violence | No | Type Security | |
| Criminal Activity | | Method Code | 411 - NO SPECIFIC METHOD | Tools Used | |
| Weapons/Force | | | | | |

## Property Description Item 3: 3300 - Blood - blood swabs

| | |
|---|---|
| Item No. | 3 |
| Property Category | 3300 - Blood |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | ES - Evidence (Seized) |
| Count | 2 |
| Value | |
| Manufacturer | |
| Model | |
| Serial No. | |
| License No. | |
| Color | |

Exhibit B

# Streamwood Police Department Crime Report

Case No. 0705008
Report No. 0705008.1
Report Date: 4/10/2007

Streamwood Police Department

**1**

Page 1 of 2

| | | | | |
|---|---|---|---|---|
| Subject | **0620 - BURGLARY:UNLAWFUL ENTRY (NO FORCE)** | | | |
| Case Report Status | A - Approved | Date Entered | 4/10/2007 1:56:21 PM | Reporting Officer |
| | | Entered By | 52-9709-1 - Yendro, R | 52-9709-1 - Yendro, R |
| Occurred On | 4/7/2007 4:00:00 PM | Date Verified | | |
| ...and Between | 4/10/2007 12:30:00 PM | Verified By | | |
| | | Date Approved | 4/10/2007 5:29:20 PM | |
| Location | 140 N Barrington Rd #3 | Approved By | 52-8952 -1 - Valente, Edward | Assisted By |
| Beat | 52-S3 - NORTH OF WOODLAND HEIGHTS BLVD EAST OF PARK BLVD | Connecting Cases | | |
| Sub-Beat | | Disposition | Active | |
| GEO3 | 52-02 | Clearance Reason | | |
| GEO4 | 52-23 | Date of Clearance | | |
| Vehicle Activity | | Reporting Agency | Streamwood Police Department | |
| Vehicle Traveling | | Division | | |
| Cross Street | | Notified | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |

Report Narrative

In summary, I responded to 140-3 N. Barrington Road for a call of a burglary. Upon arrival I made contact with Ms. Vashi, who related the following. She closed her salon and locked the front door on 07APR07 at around 1200 hrs. She came in at 1230 hrs today and unlocked the door. She found the cash register had been pried open with USC had been removed. The back door had two sliding bolts in addition to the push bar lock. She stated she never opens that door because of the weather. She found the sliding bolts had been opened and left open, presumably by the burglar when he exited the salon. I observed pry marks on the cash register drawer and it was broken and would not stay closed. I observed no sign of forced entry and inquired who else had keys to the salon. She stated her nephew did, but she had already talked to him and he had not visited the salon during that time. She had no other information on possible offenders. I conducted a canvas of the other stores in the stripmall with negative results.

## Offense Detail: 0620 - BURGLARY:UNLAWFUL ENTRY (NO FORCE)

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 0620 - BURGLARY:UNLAWFUL ENTRY (NO FORCE) | | | | |
| IBR Code | | Location | 24 - Specialty Store (TV, Fur, Etc.) | No. Prem. Entered | |
| IBR Group | | Offense Completed? | Yes | Entry Method | |
| Crime Against | | Hate/Bias | 88 - None (No Bias) | Type Security | |
| Using | | Domestic Violence | No | Tools Used | |
| Criminal Activity | | Method Code | 411 - NO SPECIFIC METHOD | | |
| Weapons/Force | | | | | |

## Victim V1: [E] universal hair and beauty salon

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 0620 - BURGLARY:UNLAWFUL ENTRY (NO FORCE) | | |
| Victim Type | B - Business | | | | |
| Name | [E] universal hair and beauty salon | DOB | | Place of Birth | |
| AKA | | Age | | SSN | |
| Alias(es) | | Sex | | DLN | |
| | | Race | | DLN State | |
| Address | 140-3 N Barrington Rd | Ethnicity | | DLN Country | |
| CSZ | Streamwood, IL 60107 | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | | Eye Color | | Employer Address | |
| Work Phone | | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | Cook |
| | | Complexion | | Res. Country | USA - United States of America |
| Attire | | | | Resident Status | |
| Injury | | | | Testify | |
| Circumstances | | | | | |

Exhibit B

TOTAL P.002

FOQ465DL

| Invoice | Date | Account | Name | Resource | Description | Quantity | Lot# | Unit Price | Total $ |
|---|---|---|---|---|---|---|---|---|---|
| 603569 | 03/18/2005 | 120630 | Pampered Pet Vet Service | 1012134 | RABVAC 1 10DS | 30 | 12131448 | $ 10.50 | $ 315.00 |
| 603569 | 03/18/2005 | 120630 | Pampered Pet Vet Service | 1012134 | RABVAC 1 10DS | 5 | 12131448 | $ - | $ - |
| 742435 | 03/20/2006 | 120630 | Pampered Pet Vet Service | 1012134 | RABVAC 1 10DS | 30 | 1213155A | $ 11.60 | $ 348.00 |
| 742435 | 03/20/2006 | 120630 | Pampered Pet Vet Service | 1012134 | RABVAC 1 10DS | 5 | 1213155A | $ - | $ - |
| 689771 | 10/04/2005 | 120630 | Pampered Pet Vet Service | 1012138 | RABVAC 1 50X1DS | 8 | 1213152A | $ 55.50 | $ 333.00 |
| 689771 | 10/04/2005 | 120630 | Pampered Pet Vet Service | 1012138 | RABVAC 1 50X1DS | 1 | 1213152A | $ - | $ - |
| 865378 | 03/19/2007 | 120630 | Pampered Pet Vet Service | 1012138 | RABVAC 1 50X1DS | 4 | 1213164B | $ 62.00 | $ 248.00 |
| 895532 | 06/07/2007 | 120630 | Pampered Pet Vet Service | 1012138 | RABVAC 1 50X1DS | 4 | 1213167A | $ 62.00 | $ 248.00 |
| 895532 | 06/07/2007 | 120630 | Pampered Pet Vet Service | 1012138 | RABVAC 1 50X1DS | 1 | 1213167A | $ - | $ - |
| 603569 | 03/18/2005 | 120630 | Pampered Pet Vet Service | 1012154 | RABVAC 3 10DS | 2 | 1215261A | $ 12.00 | $ 24.00 |

FORT DODGE ANIMAL HEALTH



EXHIBIT C

## Explanation Section

**How to Review This Section**

1. Compare your records with the records we received under **Information Reported to IRS.**
2. Review the **Reasons for the Changes** for an explanation of the issues.
3. Once you have fully reviewed the **Explanation Section,** please complete and return the **Response Form** in the envelope provided.

00111

### 1. Information Reported to IRS that differs from the amounts shown on your return.

Please compare your tax records with the following list which shows income reported to us by your payers. Although we were able to match some of these income amounts to your **2006** income tax return, we weren't able to match all of them. To assist you in reviewing your income amounts, the list may include both reported and unreported amounts from the same payer.

We have already verified any deduction amount(s) that you see on this list. However, if you deducted additional amounts on your return that don't appear on this list, please send us verification that you are entitled to those deductions.

Numerous credits and deductions are based on computations that are dependent on your Adjusted Gross Income (AGI) and/or your Modified Adjusted Gross Income (MAGI). If the amounts shown on this notice change your AGI and/or MAGI, credits and/or deductions claimed on your return may also be affected.

| CANCELLATION OF DEBT<br>Account Information | Amount Reported to IRS by Others | Amount Included on Your Return | Difference |
|---|---|---|---|
| #002 SSN: 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 Form 1099-C<br>ACCT:<br>SALES DATE: 12-31-2006<br><br>JOHN COYNE<br>1815 HICKORY RIDGE CT<br>FRANKFORT IL 60423 | $ 95,000 | - | - |

Exhibit D

40038-0362

| CANCELLATION OF DEBT<br>Account Information | Amount<br>Reported to<br>IRS by Others | Amount<br>Included on<br>Your Return | Difference |
|---|---|---|---|
| #003 SSN: 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 Form 1099-C<br>ACCT:<br>SALES DATE: 12-31-2006<br><br>VMS LTD<br>917 SE CENTRAL PKWY<br>STUART FL  34994 | $      385,000 | – | – |
| CANCELLATION OF DEBT Total | $      480,000 | $          0 | $      480,000 |