

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Frances Endencia  
Plaintiff

1:08-cv-04541  
Hon Samuel Der-Yeghiayan

vs.

ADT  
Defendant

**FILED**  
AUG 25 2008  
AUG 25 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

To: Anthony Rutkowski  
ADT Security  
77 W Wacker Dr  
Suite 3333  
Chicago IL 60601

On August 28, 2008 at 9:30 am, I will come before Hon Samuel Der-Yeghiayan at Everett McKinley Dirksen United States Courthouse. 20th floor located at 219 South Dearborn Street, Chicago IL 60604 Motion to Stipulate facts of the case, a copy of which is attached. The Third Amended Complaint is also attached.

Proof of Mailing

I, Frances Endencia, plaintiff in pro sec, certify that I have served this notice by mailing a copy to the above listed/attorneys/ defendants in the US mail in US Postal Service, 60101 zip code at or before 5:00 pm on August _____, 2008 with proper postage prepaid.

Frances Endencia  
Atty No 99500  
PO Box 8149  
Bartlett IL 60103  
630.823.8176  
773.375.2433  
frances_endencia@yahoo.com