UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FRANCES ENDENCIA  }
PLAINITFF  }
  }  1:08-CV-04541
  }  Hon Samuel Der-Yeghiayan
VS  }
  }
ADT SECURITY INC  }
DEFENDANT  }

THIRD AMENDED COMPLAINT

**RECEIVED**
AUG 2 5 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOW COMES the plaintiff, Frances Endencia, Pro sec, and complaining against defendant, ADT Inc states the following:

A. TORT. In pursuant to 805 ILCS 10/8, it states that : ... Any officer, share holder, agent or employee shall personally and fully liable and accountable for any negligent or wrongful acts or misconduct committed by him or any ancillary personnel .... The corporation shall be liable up to full value of its property for negligence or misconduct by its officers, shareholders, agents or employees while they are engaged in behalf of the corporation rendering professional services.

1. (a) My business was The Pampered Pet Veterinary Service, located at 140 N Barrington Road, Unit 4 Streamwood IL 60107.

   (b) Village of Streamwood Ordinance 907.14.14 and Ordinance 510.2 Security Key Box required that building owners to provide keys to the Fire Department to be able to gain access to all portions of the building.

   (c) That since 1993 keys were provided to the Fire Department by Stacy & Casey Dukala, who owns Daisy Flowers in the same strip mall.

   (d) Plaintiff dutifully provided said high security keys on October 2004 to the Streamwood Fire Department.

2 (a) On June 8, 2001, I contracted with ADT to provide security services, and duly provided a security System.

   (b) On various occasions, break ins, thefts and vandalism occurred, despite numerous occasions of changing high security locks

3(a) On March 12-13, 2005, between 5 pm till 8:30 am, my facility was vandalized. The vandals smeared blood in front room and possibly killed a dog and left a black piece of cloth in the cage. They tried to show that no crime occurred by showing there was no forced entry to the premises. I filed a Streamwood police report . ADT was contacted and they showed that the security system was not disarmed after I left the premises the day before. Despite the fact that they tried to claim no vandalism occurred, the Streamwood Police Department filed a complaint against me with the Illinois Department of Professional Regulations .

(b). Another incident occurred where a lot of blood was drawn from a patient and smeared blood in

between his bedding on March 29, 2005.

4 (a)   ADT was the primary security service company from 2001 till 2006. During the break ins, theft and vandalism, the security system never went off. The system either was never properly installed or was never working.

(b)   I purchased a video surveillance camera from ADT. My sales representative, Joe Dooley was a Streamwood Police Department Officer. He admitted that most of the employees that work for ADT work for the police and fire department.

5.   Due to constant issues encountered in my business from lack of security, I lost my business and interest therein..

6.   That, because of the said negligence, I was held liable with the State of Illinois, Department of Professional Regulations under the Veterinary Medical Practice Act, and was maliciously being prosecuted that is leading to suspension or revocation of my license, in 2008. Case No 200501942.

Wherefore, plaintiff prays for a judgment against the defendant as follows (or amount deemed by court as just and proper for the following counts):

(1) Awarding compensatory damages for loss of business for the amount of $250,000.

(2) Compensation to owners of dogs victimized, court costs, attorney fees and defense costs and fess including attorney fees incurred in trying to get a lawyer with the Illinois Department of Professional Regulations.

(3) Compensation for consistent negligence that lead to malicious prosecution with the Illinois department of Professional regulations for one million dollars

Frances Endencia
Attorney No 99500
Plaintiff in pro sec
PO Box 8149
Bartlett IL 60103
630.823.8176
773.375.2433
frances_endencia@yahoo.com