UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Frances Endencia  
Plaintiff

1:08-cv-04541  
Hon Samuel Der-Yeghiayan

vs.

ADT  
Defendant

**FILED**

AUG 2 5 2008  
Aug 25 2008  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Request for Admission

1. ADT is a franchise                                     True       False

2. The percent of CEO managers/owners for ADT, USA that are or formerly affiliated with a village, such as fire department or police department.  _____

3. If less than 50% please state name, position and what village are they affiliated with. (Attach in another sheet)

4. The owners/ managers of ADT in Addison / Burr Ridge is affiliated with the village like the fire or local police department
                                                         True       False

5. The monitoring service on March12 -13, 2005 was from the Burr Ridge Illinois center.

                                                         True       False

   If false, from what location was the service? _____

6. Who were the employee/s monitoring the center at: March 12-13, 2005 for Pampered Pet Veterinary Service, Streamwood IL 60107?

Employee Name1 and Position:_____

Date of Birth: _____

Social Security Number:_____

Employee Name 2 and Position:_____

Date of Birth: _____

Social Security Number:_____


Employee Name 3 and Position: _____

Date of Birth: _____

Social Security Number:_____

(Please add additional sheet if necessary)

7. Who were the employee/s monitoring the center at: March 29-30, 2005 for Pampered Pet Veterinary Service, Streamwood IL 60107?

Employee Name and Position 1:_____

Date of Birth: _____

Social Security Number:_____


Employee Name 2 and Position: _____

Date of Birth: _____

Social Security Number:_____


Employee Name 3 and Position:_____

Date of Birth: _____

Social Security Number:_____

7. At the ADT, Addison Illinois office, the percent of employees working presently or formerly with the villages ie, police officer, fire department, parole officer, etc. _____
At the Burr Ridge office? _____

SIGNATURE 4 DATE

*[signature]*