UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Frances Endencia　　　　　　　　　　1:08-cv-04541
Plaintiff　　　　　　　　　　　　　　Hon Samuel Der-Yeghiayan

vs.

ADT
Defendant

NOTICE OF MOTION

FILED
AUG 25 2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:　Anthony Rutkowski
　　　ADT Security
　　　77 W Wacker Dr
　　　Suite 3333
　　　Chicago IL 60601

On August 28, 2008 at 9:30 am, I will come before Hon Samuel Der-Yeghiayan at Everett McKinley Dirksen United States Courthouse. 20th floor located at 219 South Dearborn Street, Chicago IL 60604 Request for Admission, a copy of which is attached.

Proof of Mailing

I, Frances Endencia, plaintiff in pro sec, certify that I have served this notice by mailing a copy to the above listed attorneys/ defendants in the US mail in US Postal Service, 60101 zip code at or before 5:00 pm on August 25, 2008 with proper postage prepaid.

Frances Endencia
Atty No 99500
PO Box 8149
Bartlett IL 60103
630.823.8176
773.375.2433
frances_endencia@yahoo.com