# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4541 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Frances Endencia vs. ADT Security Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/29/08 at 9:00 a.m. Defendant's motion to dismiss [6] is entered and continued. Plaintiff's response to Defendant's motion to dismiss shall be filed by 09/12/08 and Defendant's reply shall be filed by 09/19/08. As stated on the record, Plaintiff's pending motions [9] and [12] are stricken as moot without prejudice. As further stated on the record, Plaintiff's request to admit are stricken as moot without prejudice. Plaintiff is warned that failure to appear on a Court's noticed status hearing will result in a dismissal of this action pursuant to Local Rule 41.1.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|